STATE of Missouri, Respondent,

v.

James M. IRVIN, Appellant.

No. WD 39461.

Missouri Court of Appeals, Western District.

Feb. 9, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 29, 1988.

Application to Transfer Denied May 17, 1988.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Robert V. Franson, Asst. Atty. Gen., Jefferson City, for respondent.

Before COVINGTON, P.J., SHANGLER and MANFORD, JJ.

**ORDER**

PER CURIAM.

Direct appeal from jury convictions for murder, first degree, in violation of § 565.020, RSMo 1986, and armed criminal action, in violation of § 571.015, RSMo 1986.

Judgment affirmed. Rule 30.25(b).